# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00121-CV

**In re Elizabeth Weston**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift

the stay of the proceedings in the underlying case. *See id*. R. 52.10.

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: July 16, 2021